**DENIED**

The Notice served with Debtor's Motion to Modify Secured Debt [Dkt. No. 67] does not comply with Local Bankruptcy Rule 4001-4(c). The Motion is denied without prejudice to Debtor re-filing and properly serving another motion.



LORI S. SIMPSON
U.S. BANKRUPTCY JUDGE

# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### Greenbelt Division

IN RE:

Robert Odell Polk, Jr.                    Case No. 15-12659
                                          Chapter 13

　　　　　　Debtor

**ORDER AUTHORIZING LOAN MODIFICATION AND ASSUMPTION**

Upon a motion and/or notice by the debtor for authority to enter into an agreement to modify and assume an existing secured loan for real property, it is by the United States Bankruptcy Court for the District of Maryland,

**ORDERED**, that the Debtor is authorized to enter into a modification and assumption of an existing secured loan agreement according to the terms set out in the motion; and it is further

**ORDERED**, that the terms of the confirmed plan in this case are not hereby modified, and any plan modification must be effected by separate motion and order pursuant to section 1329 of the Bankruptcy Code; and it is further

**ORDERED**, that this order does not alter or affect the status or priority of any other existing lien(s) on the real property that is the subject of the loan modification, and it is further

**ORDERED**, that upon the finalization of the loan modification, the Debtor shall immediately transmit a copy of the signed loan modification agreement to the Chapter 13 Trustee.

copies to:

Debtor
Chapter 13 Trustee
All Creditors and Parties in Interest

**END OF ORDER**

